UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN GARCIA, JR.,<br> Plaintiff,<br><br>-v-<br><br>TITLE CHECK, LLC,<br> Defendant, | No. 1:20-cv-724<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 18), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 29, 2021           /s/ Paul L. Maloney
                       Paul L. Maloney
                       United States District Judge